**STEVEN DUNBAR ESQ.**
**ATTORNEY AT LAW**
104 South Main Street
Phillipsburg NJ 08865
Attorney for Debtors
(908) 454-0074
Fax (908) 454-6540

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In Re:** | **Chapter 13 Bankruptcy** |
| **GREGORY P. LeROSE** | **Case No. 16-13908-CMG** |
| **RITA LeROSE** | |
| **Debtor.** | |

## DEBTORS' CERTIFICATION IN REPSONSE TO ORDER TO SHOW CAUSE

Steven F. Dunbar, Esq., attorney for the Debtors', states in reply to the Order to Show Cause the following:

1.    I am an attorney at law in the State of New Jersey and counsel of record to Gregory P. LeRose and Rita LeRose, the Debtors in this case.

2.    On March 2, 2016 I filed through the electronic case filing system with the United States Bankruptcy Court for the District of New Jersey a Chapter 13 Bankruptcy petition on behalf of my clients, Gregory P. LeRose and Rita LeRose. This case had been docketed under case number 16-13908-CMG.

3.    At the time of the automatic upload and processing of my clients' Chapter 13 Petition, the software from the Court website informed me that the automatic payment

system was not active and I was not able to pay the filing fees in full at that time.

Thereafter, I proceeded to logon to the PACER website and checked the Utilities section

to see if my account had any outstanding internet payments due. I checked this several

times throughout the day and was informed that I had no internet payments due as of

March 2, 2016.

4.    On the following day, March 3, 2016, I again checked the Utilities section

of my PACER account and I did finally see that I had outstanding internet payments due

in the amount of $310.00. I immediately paid those fees and received a receipt for same

with the Tracking Id number of A31649380 and an Approval Code of 851483. I have

also attached to this Certification as Exhibit A, a copy of the receipt for this transaction.

5.    The Debtors did not intend to apply for a time-payment plan or to

otherwise seek waiver of the filing fees in this case. This appears to be an error in the

electronic case filing system.

WHEREFORE, the Debtors respectfully request that this Court withdraw the

pending Order to Show cause on this basis.


Dated:  March 4, 2016                    /s/Steven F. Dunbar Esq.
                                         Steven F. Dunbar, Esq.
                                         104 South Main Street
                                         Phillipsburg, New Jersey 08865
                                         908-454-0074
                                         908-454-6540 (facsimile)